FILED
LODGED
RECEIVED | MAIL

APR 27 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**17-CV-00667 RSL-MAT**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

1. LARRY G. HEGGEM,
2. 
3.     <u>Plaintiff</u>,
4. 
5. V.
6. BELLINGHAM POLICE DEPT.;
7. OFFICER CHRISTOPHER KAISER;
8. OFFICER DAVID CRASS;
9. OFFICER MATTHEW ALLEN;
10. OFFICER ERIC KINGERY;
11. OFFICER BERNARD VODOPICH;
12. OFFICER DANEK;
13. DANIEL KELSH (investigator);
14. PEACE HEALTH-ST. JOSEPH HOSPITAL;
15. Dr. WORTH EVERETT W. M.D.;
16. RN SHERRY CHRISTOPHERSON;
17. RN KELLY PORTEOUS;
18. ROBERT HUGHES M.D.
19. WHATCOM COUNTY SHERIFF;
20. WHATCOM COUNTY JAIL;
21. CHIEF WENDY JONES;
22. Dr. STUART ANDREWS M.D.;
23. RN. SUPERVISOR SALLY ANDREWS;
24. R.N. KATIE (DOE); ~~Dentist~~
25. JOHN and JANE DOE'S to be
26. Discovered; Defendants sued
27. individually and in their
28. official capacities.
29.     <u>Defendants</u>.

No. _____

42 U.S.C

SECTION

1983

CIVIL

ACTION

COMPLAINT

— W —

Exhibit

Evidence

# WEEKLY UNIT SUPPLY ORDER FORM

WASHINGTON STATE PENITENTIARY SHU / BAR UNITS

Name: _____
DOC: _____
Cell: Adams A___
Week: 20

Place this form outside of your door before 10:00 PM, so Unit Officers on 1st Shift can fill your request of needed Unit Supplies. Once the form is received, you will then receive your requested supplies along with a new supply order form IF NEEDED. Supplies can be picked up when your door opens the next morning. Adams, Baker, and Rainier delivery days are all the same and specified below. Please check which items you would like along with how many of each. Items have a maximum established number available two times per week. Any form not listed below can ordered in the written area below.

| ITEMS/FORMS | Maximum Number Allowed | MONDAY MOD A | TUESDAY MOD B | WEDNESDAY MOD C | THURSDAY MOD A | FRIDAY MOD B | SATURDAY MOD |
|---|---|---|---|---|---|---|---|
| KITES | 5 | | | | 5 | | |
| MEDICATION REFILL FORM | 3 | | | | | | |
| TOILET PAPER ONE FOR ONE EXCHANGE (EXCHANGE CORE) | 3 | | | | | | |
| COMMISSARY FORM | 1 | | | | | | |
| ACCESS FORM | 1 | | | | | | |
| GENERIC ORDER FORM | 1 | | | | | | |
| CLOTHING EXCHANGE FORM | 1 | | | | | | |
| GRIEVANCE | 2 | | | | 2 | | |
| POSTAGE TRANSFER | 4 | | | | | | |
| HEALTH SERVICE KITES | 2 | | | | 2 | | |
| RELIGIOUS DIET FORM | 1 | | | | 1 | | |
| RELIGIOUS SERVICES FORM | 1 | | | | 1 | | |
| VISITING QUESTIONAIRE | 1 | | | | | | |
| VISITING GUIDELINES | 3 | | | | | | |
| VISITING SCHEDULE | 2 | | | | | | |
| TRANSFER OF FUNDS | 3 | | | | | | |
| Legal Copy/Mail Request | 2 | | | | | | |
| WEEKLY SUPPLY FORM | 1 | | | | | | |

WRITTEN REQUEST FOR ITEMS NOT LISTED:

[Type here]     [Type here]     (Revised 08/13/15)

In violation of the 4th, 5th, 8th & 14th amendments Under color of state law, defendants used deadly excessive force, perpetrated fraud, thereafter others exerted deliberate indifference to plaintiff's medical equal protection rights. On 4-30-14 defendant officers; Hauser, Cross, Allen, Kingery, and Daniels used deadly excessive force on plaintiff at the closed Whatcom County Educational Credit Union. Plaintiff was unarmed and did not resist, but was severely injured. See exhibit "A & B" injury pictures enclosed. Officer Vodopich withheld the truth and did not properly train his officers. Daniel Welsh perpetrated fraud and reported plaintiff's injury was only a minor dog bite cuts. • PeaceHealth and its listed medical defendants lied, minimized the injury's pain. Dr. Everett deliberately did not order opiate pain medications upon release to the jail. Knowing full well Plaintiff could not take NSAID's or Tylenol or Aspirin, causing plaintiff to

pg 3 of 6

The dentist refused to remove all my teeth, that hurt very very badly from 4-30-14 to 10-21-14!! & gave no pain meds. suffer severe, excruciating pain for 6 months. Dr. Andrews, Whatcom County Jail and its superiors, and subordinates are guilty of subjecting Plaintiff's equal 88th amendment protection rights and deliberately also left Plaintiff in severe, intractable, excruciating pain by denying him opiate pain medication from 4-30-14 to 10-21-14. RN. Katie on 4-30-14 wrongfully removed Plaintiff's velcro volar splint which was applied to my left wrist and entire arm. There were surface fractures too. It was suppose to stay on for 30 days. Dr. Andrews and Sally Andrews knew that Katie did this too and did nothing but leave me in severe pain and agony.

Prayer For Relief

• Monetary $ punitive damages of One million dollars against Bellingham Police Dept, and all its listed Defendants
• Monetary $ punitive damages of One Million Dollars against

pg 4 of 6                4/23/17

PeaceHealth / St. Joseph's Hospital and Dr. Everett and his nurses

- Monetary / punitive damages of One Million Dollars against Whatcom County Sheriff's, Whatcom County Jail; and against Dr. Stewart Andrews, & Sally Andrews; and against RN (Katie) and all the rest of them listed.

- Under penalty of perjury I declare the foregoing to be true and correct.
Respectfully Submitted, pro se:
Lacey Hagens - WSP, 1313, 13th Avenue, Walla Walla, WA 99362

- Defendants, Bellingham Police Dept & Officers 505 Grand Avenue, Bellingham WA 98225; • Defendants, PeaceHealth St. Joseph Hospital & doctors - 2901 Squalicum PKWY, Bellingham WA 98225; • Whatcom County Jail & Sheriff's Dept - 311 Grand Avenue, Bellingham WA 98225

Date: 04/23/17

4/23/17 Larry Peggom

Defendants, John & Jane Doe's acted with deliberate indifference to my 8th and 14th amendment rights and refused to prescribe opiate pain medication to relieve my severe teeth and gum pain. ALL my teeth needed be removed. They denied this. I got all my teeth removed on 4-8-15 in! prison. Theres no excuse for this.

John Doe wrongfully denied me my Klonopin for panic attacks - even though I had an active prescription

miss — the edge of life;
gray, but manage to resuscitate a
(bright and) joyous day. Indeed, vanity
is a bright day — one way or another

Larry G. Heggem #359763
Baker Unit — Adam C207
Washington State Penitentiary
1313 N. 13TH Ave
Walla Walla, WA 99362

```
         FILED
         LODGED
         RECEIVED    [MAIL]

              APR 27 2017

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
              BY            DEPUTY
```

THIS WAS MAILED BY AN OFFENDER CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

United States District
Court Clerk, Suit 2310
700 Stewart Street
Seattle, WA 98101

FOREVER / USA