




April 30th, 2014/ St. Joseph's Hospital / Whitman County Jail

Exhibit B Pg 6 of 6

April 30th, 2014/ St. Joseph's Hospital / Whatcom County Jail