UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BELLINGHAM POLICE DEPARTMENT, *et al*.,<br><br>　　　　　　　Defendants. | Case No. C17-0667-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff Larry Heggem is a State prisoner who is currently confined at the Washington State Penitentiary in Walla Walla, Washington. On April 27, 2017, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff's complaint is somewhat difficult to understand, though he appears to assert that police officers used excessive force in effectuating his arrest on April 30, 2014, resulting in severe injuries, and that he was subsequently denied opiate pain medication for those injuries by medical providers at PeaceHealth St. Joseph Hospital and at the Whatcom County Jail. (*See id*. at 3.) Plaintiff also appears to assert that medical providers at the Whatcom County Jail prematurely removed a splint which had been applied to his injured wrist and arm, and that they denied him opiate pain medication to relieve

REPORT AND RECOMMENDATION - 1

severe tooth and gum pain. (Dkt. 1 at 4, 6.)

Plaintiff failed to submit with his complaint either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis*. Accordingly, the Clerk sent plaintiff a letter advising him that his submission was deficient, and that he would have to submit either the entire filing fee or an application for *in forma pauperis* status by May 30, 2017, or risk dismissal of this action. (Dkt. 2.)

On May 8, 2017, the Court received a letter from plaintiff in which he indicated that he was working to obtain a copy of his prison trust account statement, and that he would submit it together with his *in forma pauperis* application as soon as he received the account statement from prison staff. (*See* Dkt. 5.) While plaintiff indicated in his letter that it "may take a while" to obtain his prison trust account statement (*see id.*), it has now been over six weeks since plaintiff was advised of the deficiency and he has yet to submit either the filing fee or an application to proceed *in forma pauperis*. In this Court's view, plaintiff has had ample time to meet the filing fee requirement, but has failed to do so. This Court therefore recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within

/ / /

/ / /

REPORT AND RECOMMENDATION - 2

**fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 7, 2017**.

      DATED this 15th day of June, 2017.

                              Mary Alice Theiler
                              United States Magistrate Judge

REPORT AND RECOMMENDATION - 3